UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. S1-4:19-CR-00243-RLW ) |
| DEVIN CURTIS, | ) ) ) |
| Defendant. | ) ) |

## SUPERSEDING INFORMATION

### COUNT ONE

The United States Attorney charges that:

On or about January 17, 2019, in the Eastern District of Missouri,

**DEVIN CURTIS,**

the Defendant herein, knowing he had previously been convicted in a court of law of one or more crimes punishable by a term of imprisonment exceeding one year, knowingly possessed ammunition, and that ammunition previously traveled in interstate or foreign commerce during or prior to being in defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

Respectfully submitted,

JEFFREY B. JENSEN
United States Attorney

_____
EDWARD L. DOWD, #61909MO
Assistant United States Attorney

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DEVIN CURTIS,

    Defendant.

**WAIVER OF INDICTMENT**

CASE NUMBER:
S1-4:19 CR 243 RLW

    I, DEVIN CURTIS, the above named defendant, who is accused of being a felon in possession of ammunition, in violation of Title 18, United States Code, Section 922(g), being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _____ prosecution by indictment and consent that the proceeding may be by information rather than indictment.

_____
*Defendant*

/s/ Chastidy Dillon-Amelung
_____
*Counsel for Defendant*

Before _____
            *Judicial Officer*